MEDPOINTE HEALTHCARE
INC., Plaintiff–Appellee,

v.

PRASCO, LLC (doing business
as Prasco Laboratories),
Defendant–Appellant.

No. 04–1311.

United States Court of Appeals,
Federal Circuit.

May 24, 2004.

Peter J. Armenio, Principal Attorney, Kirkland & Ellis, New York, NY, Thomas R. Curtin, of Counsel, Graham, Curtin, Morristown, NJ, for Plaintiff–Appellee.

Robert M. Leonard, Principal Attorney, Drinker, Biddle, Florham Park, NJ, for Defendant–Appellant.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).